The Honorable Ronald B. Leighton

06-CV-05508-ORD

FILED _____ LODGED
_____ RECEIVED

FEB - 2 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBORAH M. MCLEAN,

    Plaintiff,

v.

TETRA TECH EC, INC., a Delaware Corporation, and TETRA TECH FW, INC.,

    Defendants.

─────────────────────────

TETRA TECH EC, INC., a Delaware Corporation, and TETRA TECH FW, INC.,

    Third-Party Plaintiffs,

v.

SKOOKUM EDUCATIONAL PROGRAMS, a Washington Corporation,

    Third-Party Defendant.

No. 3:06-CV-05508-RBL

RULE 41 STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and among Third Party Plaintiff, Tetra Tech EC, Inc., and Third Party Defendant, Skookum Educational Programs, that pursuant to Fed R. Civ. P. 41(a), Third Party Plaintiffs' claims in this action are dismissed without prejudice and without costs to any of the parties.

RULE 41 STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE
(3:06-CV-05508-RBL) Page - 1

N:\CLIENTS\25692\45\STIP.DISMISS.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | |
|---|---|---|
| 1 | KELLER ROHRBACK L.L.P. | HACKER & WILLIG, Inc. P.S. |

KELLER ROHRBACK L.L.P.                HACKER & WILLIG, Inc. P.S.

By  /s/ David J. Russell             By  /s/ Arnie M. Willig
   David J. Russell, WSBA #17289        Arnold M. Willig, WSBA No. 20104
   Attorneys for Defendants/Third Party  Attorneys for Third Party Defendant
   Plaintiffs
   Tetra Tech EC, Inc. and Tetra Tech FW,
   Inc.

### ORDER

Pursuant to the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that Third Party Plaintiffs' claims against Third Party Defendant, Skookum Educational Programs, are hereby dismissed without prejudice and without costs to any of the parties.

DATED this ___ day of February, 2007.

_____
HONORABLE RONALD B. LEIGHTON

Presented By:

KELLER ROHRBACK L.L.P.

By:  /s/ David J. Russell
   David J. Russell, WSBA #17289
   Attorneys for Defendants/Third Party Plaintiffs
   Tetra Tech EC, Inc. and Tetra Tech FW, Inc.

RULE 41 STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE
(3:06-CV-05508-RBL) Page - 2

N:\CLIENTS\25692\45\STIP.DISMISS.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Approved as to Form; Notice
of Presentation Waived; Copy
Received:

HACKER & WILLIG, Inc. P.S.


By  /s/ Arnie M. Willig
    Arnold M. Willig, WSBA No. 20104
    Attorneys for Third Party Defendant

RULE 41 STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE
(3:06-CV-05508-RBL) Page - 3

N:\CLIENTS\25692\45\STIP.DISMISS.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384