AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

DEBORAH M. MCLEAN,

      v.

TETRA TECH EC, INC., and         CASE NUMBER: C06- 5508RBL
TETRA TECH FW, INC.,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Summary Judgement Motion Based on Statute of Limitations is GRANTED.

DATED :  June 4, 2007

                                            BRUCE  RIFKIN
                                   *Clerk*

                                        /s/   Jean Boring
                                   *(By) Deputy Clerk*, Jean Boring